UNITED STATES COURT OF INTERNATIONAL TRADE          **FORM 1**

| |
|---|
| **Constellation Energy Commodities Group, Inc.** |
| **Plaintiff,** |
| **v.** |
| **UNITED STATES,** |
| **Defendant.** |

**S U M M O N S**

*Case number 08-00403*

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

**/s/ Tina Potuto Kimble**
Clerk of the Court

### PROTEST

| Port of Entry: | Champlain 0712 | Date Protest Filed: | 08/14/2006 |
|---|---|---|---|
| Protest Number: | 071206100148 | Date Protest Denied: | 06/11/2008 |
| Importer: | Constellation Energy Commodities Group, Inc. | | |
| Category of Merchandise: | Natural gas | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 551-4349058-4 | 10/03/2005 | 08/18/2006 | 551-4349090-7 | 10/03/2005 | 08/18/2006 |
| 551-4349059-2 | 10/03/2005 | 08/18/2006 | 551-4349094-9 | 10/25/2005 | 08/11/2006 |
| 551-4349060-0 | 10/03/2005 | 08/18/2006 | 551-4349101-2 | 11/30/2005 | 08/18/2006 |
| 551-4349061-8 | 10/03/2005 | 08/18/2006 | 551-4349108-7 | 12/20/2005 | 08/11/2006 |

```
Port Director,
```

| Address of Customs Port in Which Protest was Denied | Name, Address and Telephone Number of Plaintiff's Attorney |
|---|---|
| **U.S. Customs and Border Protection**<br>**Port of Champlain**<br>**237 West Service Road**<br>**Champlain, NY 12919** | Melvin Schwechter<br>Dewey & LeBoeuf, LLP<br>1101 New York Ave., NW, Suite 1100<br>Washington, DC 20005<br>(202) 346-8011 |

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| | | | | |

| Other |
|---|
| State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: |
| Decision: Liquidation of the subject entries without acceptance of Plaintiff's post-importation NAFTA refund claims/refusal to re-liquidate subject entries based on Plaintiff's post-importation NAFTA claims.            (continued on next page...) |

| The issue which was common to all such denied protests: |
|---|
| Whether Plaintiff's post-importation NAFTA refund claims should be granted with respect to the subject entries. |

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

_Melvin SSchweelle_

*Signature of Plaintiff's Attorney*

_November 14, 2008_

*Date*

# CONTESTED ADMINISTRATIVE DECISION
*(...continued from previous page)*

**State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:**

Protest Claim:

Plaintiff believes that its imports of natural gas from Canada are NAFTA originating and its post-importation NAFTA refund claims should be granted and the subject entries should be liquidated/re-liquidated pursuant to such claims.

## SCHEDULE OF PROTESTS

**Champlain 0712**

Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| *Remaining Protests from the Port of Champlain:* | | | | | |
| 071206100148 | 08/14/06 | 06/11/08 | 551-4349115-2 | 01/23/06 | 08/18/06 |
| 071206100148 | 08/14/06 | 06/11/08 | 551-4349127-7 | 02/22/06 | 08/11/06 |
| 071206100148 | 08/14/06 | 06/11/08 | 551-4349135-0 | 03/21/06 | 08/11/06 |
| 071207100250 | 12/04/07 | 06/11/08 | 551-4349143-4 | 04/24/06 | 08/11/06 |
| 071207100250 | 12/04/07 | 06/11/08 | 551-4349151-7 | 04/30/06 | extended |
| 071207100250 | 12/04/07 | 06/11/08 | 551-4349159-0 | 05/31/06 | extended |
| 071207100250 | 12/04/07 | 06/11/08 | 551-4349167-3 | 06/30/06 | extended |
| 071207100250 | 12/04/07 | 06/11/08 | 551-4349180-6 | 08/09/06 | extended |
| 071207100250 | 12/04/07 | 06/11/08 | 551-4349187-1 | 09/08/06 | 07/13/07 |
| 071208100061 | 04/04/08 | 06/11/08 | 551-4349195-4 | 10/23/06 | 08/24/07 |
| 071208100061 | 04/04/08 | 06/11/08 | 551-4349203-6 | 11/21/06 | 11/02/07 |
| 071208100061 | 04/04/08 | 06/11/08 | 551-4349211-9 | 12/20/06 | 11/02/07 |
| 071208100061 | 04/04/08 | 06/11/08 | 551-4349220-0 | 01/25/07 | 11/23/07 |
| 071208100061 | 04/04/08 | 06/11/08 | 551-4349228-3 | 02/22/07 | 12/02/07 |
| 071208100061 | 04/04/08 | 06/11/08 | 551-4349235-8 | 03/22/07 | 01/11/08 |
| 071208100061 | 04/04/08 | 06/11/08 | 551-4349242-4 | 04/24/07 | 02/22/08 |
| 071208100061 | 04/04/08 | 06/11/08 | 551-6994501-6 | 05/23/07 | 03/21/08 |

Port Director of Customs,

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007.)

## SCHEDULE OF PROTESTS

**Pembina 3401**
_____   _(...continued from previous page)_
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| *Protests from the Port of Pembina:* | | | | | |
| 340107100039 | 03/28/07 | 07/10/08 | 551-4349025-3 | 10/11/05 | 10/20/06 |
| 340107100039 | 03/28/07 | 07/10/08 | 551-4349026-1 | 10/11/05 | 10/20/06 |
| 340107100039 | 03/28/07 | 07/10/08 | 551-4349027-9 | 10/11/05 | 10/20/06 |
| 340107100039 | 03/28/07 | 07/10/08 | 551-4349028-7 | 10/11/05 | 10/20/06 |
| 340107100039 | 03/28/07 | 07/10/08 | 551-4349029-5 | 10/11/05 | 10/20/06 |
| 340107100039 | 03/28/07 | 07/10/08 | 551-4349093-1 | 10/25/05 | 10/20/06 |
| 340107100039 | 03/28/07 | 07/10/08 | 551-4349102-0 | 11/30/05 | 10/13/06 |
| 340107100039 | 03/28/07 | 07/10/08 | 551-4349109-5 | 12/20/05 | 10/20/06 |
| 340107100039 | 03/28/07 | 07/10/08 | 551-4349116-0 | 01/24/06 | 10/20/06 |
| 340107100039 | 03/28/07 | 07/10/08 | 551-4349128-5 | 02/24/06 | 10/20/06 |
| 340107100039 | 03/28/07 | 07/10/08 | 551-4349142-6 | 03/21/06 | 10/20/06 |
| 340107100039 | 03/28/07 | 07/10/08 | 551-4349144-2 | 04/25/06 | 10/13/06 |
| 340107100039 | 03/28/07 | 07/10/08 | 551-4349152-5 | 05/04/06 | 03/16/07 |
| 340107100039 | 03/28/07 | 07/10/08 | 551-4349160-8 | 06/07/06 | 10/13/06 |
| 340107100039 | 03/28/07 | 07/10/08 | 551-4349168-1 | 07/06/06 | 10/13/06 |
| 340107100039 | 03/28/07 | 07/10/08 | 551-4349181-4 | 08/10/06 | 10/13/06 |
| 340107100039 | 03/28/07 | 07/10/08 | 551-4349124-4 | 02/03/06 | 10/21/06 |
| 340107100039 | 03/28/07 | 07/10/08 | 551-4349133-5 | 02/24/06 | 10/20/06 |
| 340107100039 | 03/28/07 | 07/10/08 | 551-4349141-8 | 03/17/06 | 10/20/06 |
| 340107100039 | 03/28/07 | 07/10/08 | 551-4349150-9 | 04/25/06 | 10/13/06 |
| 340107100039 | 03/28/07 | 07/10/08 | 551-4349158-2 | 05/04/06 | 10/13/06 |
| 340107100039 | 03/28/07 | 07/10/08 | 551-4349166-5 | 06/07/06 | 10/13/06 |
| 340107100039 | 03/28/07 | 07/10/08 | 551-4349174-9 | 07/06/06 | 10/13/06 |
| 340107100039 | 03/28/07 | 07/10/08 | 551-4349186-3 | 08/10/06 | 10/13/06 |

Port Director of Customs,

**U.S. Customs and Border Protection**
**Port of Pembina**
**112 W. Stutsman**
**Pembina, ND 58271**

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007.)

## SCHEDULE OF PROTESTS

Great Falls 3304
_____       *(...continued from previous page)*
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| *Protests from the Port of Great Falls:* | | | | | |
| 330408100006 | 07/03/08 | 07/11/08 | 551-4349185-5 | 08/09/06 | 06/22/07 |
| 330408100006 | 07/03/08 | 07/11/08 | 551-4349192-1 | 09/08/06 | 07/20/07 |
| 330408100006 | 07/03/08 | 07/11/08 | 551-4349216-8 | 12/20/06 | 02/01/08 |
| 330408100006 | 07/03/08 | 07/11/08 | 551-4349193-9 | 09/08/06 | 07/20/07 |
| 330408100006 | 07/03/08 | 07/11/08 | 551-4349200-2 | 10/10/06 | 08/24/07 |
| 330408100006 | 07/03/08 | 07/11/08 | 551-4349209-3 | 11/20/06 | 02/01/08 |
| 330408100006 | 07/03/08 | 07/11/08 | 551-4349217-6 | 12/20/06 | 02/01/08 |
| 330408100006 | 07/03/08 | 07/11/08 | 551-4349225-9 | 01/10/07 | 02/01/08 |
| 330408100006 | 07/03/08 | 07/11/08 | 551-4349233-3 | 02/10/07 | 02/01/08 |
| 330408100006 | 07/03/08 | 07/11/08 | 551-4349240-8 | 03/09/07 | 02/01/08 |
| 330408100006 | 07/03/08 | 07/11/08 | 551-4349248-1 | 04/23/07 | 02/22/08 |
| 330408100006 | 07/03/08 | 07/11/08 | 551-6994506-5 | 05/10/07 | 03/21/08 |

Port Director of Customs,

**U.S. Customs and Border Protection**
**Port of Great Falls**
**21 Third Street North Suite 201**
**Great Falls, MT 59401**

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007.)